UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-34120 |
|---|---|
| RICK WENNINGER | (Chapter 13) |
| SHIRLEY WENNINGER | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995147**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 21 | MONEY BACK<br>901 OLMSTEAD DR<br>APT 64<br>HINESVILLE, GA  31313 | 4.43 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/11/2010

Certificate of Service    04-34120

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| RICK WENNINGER<br>SHIRLEY WENNINGER<br>730 SHAWNEE RUN #A<br>DAYTON, OH  45449 | WAYNE P NOVICK<br>2135 MIAMISBURG-CENTERVILLE RD<br>CENTERVILLE, OH  45459 | (21.3)<br>MONEY BACK<br>5658 SPRINGBORO PIKE<br>DAYTON, OH  45449 |

(21.1)
MONEY BACK
901 OLMSTEAD DR
APT 64
HINESVILLE, GA  31313

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner      cs